In the Matter of the Application of DONALD HAMMOND for a Peremptory Order of Mandamus, Respondent, against JAMES L. LONG, Superintendent of Prisons,

---

* See Rules Civ. Prac. rule 108; Id. rule 107, subd. 7.— [REP.

and Others, etc., Appellants.— Mandamus order affirmed by default, with ten dollars costs and disbursements. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur. Settle order on notice.